IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | CASE NO.  05-39553 |
| | ) | CHAPTER 7 |
| HIGNITE, GARY | ) | |
| HIGNITE, KATHLEEN LOU | ) | |
| | ) | |
| Debtors. | ) | |

## NOTICE OF UNCLAIMED FUNDS

Trustee, Jacqueline Sells Homann, submits her Notice of Unclaimed Funds as follows:

Vision Financial Services
POB 1768
LaPorte, IN 46352                                $546.61

Respectfully submitted,

Dated:  August 27, 2009              /s/Jacqueline Sells Homann
Jacqueline Sells Homann
Jones Obenchain, LLP
600 KeyBank Building
202 South Michigan Street
South Bend, Indiana 46601
(574) 233-1194 / Fax (574) 233-8957

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of August 2009, a true and correct copy of the above and foregoing Notice of Unclaimed Funds was served as follows:

| | |
|---|---|
| David M. Geisler | United States Trustee |
| geislerlaw@nitline.net | ustpregion10.so.ecf@usdoj.gov |

/s/  Jacqueline Sells Homann
Jacqueline Sells Homann